** CHIROPRACTIC EXAMINERS — LICENSES — HIGHER EDUCATION — CERTIFICATION ** CAN THE BOARD OF CHIROPRACTIC EXAMINERS HAVE THE AUTHORITY TO CLASSIFY THE "CARVER CHIROPRACTIC COLLEGE, INC. OF OKLAHOMA CITY, OKLAHOMA" AS AN INSTITUTION OF CHIROPRACTIC "HIGHER EDUCATION" ? AFFIRMATIVE, YOU HAVE THE RIGHT TO CLASSIFY AS SUCH. CITE: 70 O.S. 1990 [70-1990], 59 O.S. 164 [59-164](A) 59 O.S. 164A [59-164A], 18 O.S. 541 [18-541] 18 O.S. 589 [18-589], 18 O.S. 574 [18-574] 70 O.S. 1921 [70-1921] — 70 O.S. 1925 [70-1925] (FRED HANSEN)